D. JAMES TREE
Attorney At Law
Tree Law Offices
3711 Englewood Avenue
Yakima, WA  98902
Telephone: (509) 452-1700
Fax:  (509) 577-9109
federal@treelawoffice.com

Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON
## EUGENE DIVISION

| | |
|---|---|
| TYSON ENGEL,<br><br>             Plaintiff,<br><br>vs.<br><br> KILOLO KIJAKAZI,<br>   Commissioner of Social Security,<br><br>        Defendant. | Case No. 6:22-CV-01643-HL<br><br><br>ORDER FOR ATTORNEY FEES |

   1. The Commissioner is directed to pay EAJA fees in the amount of $8,519.79.

   2. Pursuant to *Astrue v. Ratliff*, 560 U.S. 586 (2010), payment of the award, after offset of qualifying federal debt under the Treasury Offset Program, shall be made payable to Plaintiff and shall be mailed to Plaintiff's attorney, D. James Tree, 3711 Englewood Avenue, Yakima, Washington 98902.

ORDER FOR ATTORNEY FEES 1 [6:22-CV-01643-HL]

3. If Plaintiff has no debt which qualifies for offset under the Treasury Offset Program, payment of the entire award shall be payable directly to Mr. Tree and mailed to the address above or, or direct deposited into the Tree Law Office account, because Plaintiff has assigned any Court awarded EAJA attorney's fees to Mr. Tree.

Dated: September 27, 2023

_____
UNITED STATES MAGISTRATE JUDGE

Presented by:

S/ D. JAMES TREE, WSBA#1697
Attorney for Plaintiff

**DATED this 26th day of September, 2023.**

Respectfully submitted,

s/ D. JAMES TREE, WSBA #16976
Attorney for Plaintiff
3711 Englewood Avenue
Yakima, Washington 98902
Telephone:  (509) 452-1700
Fax:  (509) 577-9109

ORDER FOR ATTORNEY FEES 2 [6:22-CV-01643-HL]